**08 C 730**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE ASHMAN**

Exhibit A

*Bridge Healthcare Finance, LLC v. Community Eldercare Services, LLC et al.*

## List of Defendant Member/Managers

| | Corporation/LLC | Member/Manager Name | Member/Manager | Corporate/Member Citizenship and Domicile |
|---|---|---|---|---|
| 1. | CLC of Biloxi, LLC<br><br>Operation of the Business under the name of Biloxi Community Living Center | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS 38801<br><br>2279 Atkinson Road<br>Biloxi, MS |
| 2. | CLC of Booneville, LLC<br><br>Operation of the Business under the name of Longwood Community Living Center | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS 38801<br><br>200 Long Street<br>Booneville, MS |

1

| | Corporation/LLC | Member/Manager Name | Member/Manager | Corporate/Member Citizenship and Domicile |
|---|---|---|---|---|
| 3. | CLC of Dresden, LLC<br><br>Operation of the Business under the name of Hillview Healthcare Center | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS 38801<br><br>897 Evergreen Street<br>Dresden, TN |
| 4. | CLC of Dyersburg, LLC<br><br>Operation of Business under the name of Oakwood Community Living Center | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS 38801<br><br>1636 Woodlawn<br>Dyersburg, TN |
| 5. | CLC of Fulton, LLC<br><br>Operating of Business under the name of Courtyards Community Living Center | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS 38801<br><br>907 East Walker Street<br>Fulton, MS |

2

| | Corporation/LLC | Member/Manager Name | Member/Manager | Corporate/Member Citizenship and Domicile |
|---|---|---|---|---|
| 6. | CLC of Humboldt, LLC<br><br>*Operating of Business under the name of Bailey Park Community Living Center* | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS  38801<br><br>2400 Mitchell Avenue<br>Humboldt, TN |
| 7. | CLC of Iuka, LLC<br><br>*Operating of Business under the name of Tishmingo Community Living Center* | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS  38801<br><br>1410 West Quitman Street<br>Iuka, MS |
| 8. | CLC of Jackson, LLC<br><br>*Operating of Business under the name of Pleasant Hills Community Living Center* | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS  38801<br><br>1600 Raymond Road<br>Jackson, MS |

3

| | Corporation/LLC | Member/Manager Name | Member/Manager | Corporate/Member Citizenship and Domicile |
|---|---|---|---|---|
| 9. | CLC of Lake Providence, LLC  *Operating of the Business under the name of Lake Providence Community Living Center* | Community Living Centers, LLC | Member | Douglas M. Wright Jr. 2844 Traceland Drive Tupelo, MS 38801 |
| | | Community Living Centers, LLC | Manager | |
| | | Douglas M. Wright Jr. | Manager | 5976 Highway 65 North Lake Providence, LA |
| 10. | CLC of Laurel, LLC  *Operating of the Business under the name of Laurelwood Community Living Center* | Community Living Centers, LLC | Member | Douglas M. Wright Jr. 2844 Traceland Drive Tupelo, MS 38801 |
| | | Community Living Centers, LLC | Manager | |
| | | Douglas M. Wright Jr. | Manager | 1036 West Drive Laurel, MS |
| 11. | CLC of Lexington, LLC  *Operating of the Business under the name of Briarwood Community Living Center* | Community Living Centers, LLC | Member | Douglas M. Wright Jr. 2844 Traceland Drive Tupelo, MS 38801 |
| | | Community Living Centers, LLC | Manager | |
| | | Douglas M. Wright Jr. | Manager | 41 Hospital Drive Lexington, TN |

4

| | Corporation/LLC | Member/Manager Name | Member/Manager | Corporate/Member Citizenship and Domicile |
|---|---|---|---|---|
| 12. | CLC of Liberty, LLC<br><br>Operating of the Business under the name of Liberty Community Living Center | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS 38801<br><br>323 Industrial Park Drive<br>Liberty, MS |
| 13. | CLC of Manchester, LLC<br><br>Operating of the Business under the name of Crestwood Healthcare Center | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS 38801<br><br>30 Powers Bridge Road<br>Manchester, TN |
| 14. | CLC of Meridian, LLC<br><br>Operating of the Business under the name of Meridian Community Living Center | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS 38801<br><br>517 33rd Street<br>Meridian, MS |

5

| | Corporation/LLC | Member/Manager Name | Member/Manager | Corporate/Member Citizenship and Domicile |
|---|---|---|---|---|
| 15. | CLC of Ocean Springs, LLC<br><br>*Operating of the Business under the name of Sunplex SubAcute Center* | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS  38801<br><br>6520 Sun Scope Drive<br>Ocean Springs, MS |
| 16. | CLC of Pascagoula, LLC<br><br>*Operating of the Business under the name of Plaza Community Living Center* | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS  38801<br><br>4430 Hospital Road<br>Pascagoula, MS |
| 17. | CLC of Ripley, LLC<br><br>*Operating of the Business under the name of Lauderdale Healthcare Center* | Community Living Centers, LLC<br><br>Community Living Centers, LLC<br><br>Douglas M. Wright Jr. | Member<br><br>Manager<br><br>Manager | Douglas M. Wright Jr.<br>2844 Traceland Drive<br>Tupelo, MS  38801<br><br>215 Lackey Lane<br>Ripley, TN |

6

CHICAGO:#1743448.1

| | Corporation/LLC | Member/Manager Name | Member/Manager | Corporate/Member Citizenship and Domicile |
|---|---|---|---|---|
| 18. | CLC of Vaiden, LLC  *Operating of the Business under the name of Vaiden Community Living Center* | Community Living Centers, LLC  Community Living Centers, LLC  Douglas M. Wright Jr. | Member  Manager  Manager | Douglas M. Wright Jr. 2844 Traceland Drive Tupelo, MS 38801  1300 Highway 35 North Vaiden, MS |
| 19. | CLC of West Point, LLC  *Operating of the Business under the name of West Point Community Living Center* | Community Living Centers, LLC  Community Living Centers, LLC  Douglas M. Wright Jr. | Member  Manager  Manager | Douglas M. Wright Jr. 2844 Traceland Drive Tupelo, MS 38801  1122 North Eshman Avenue West Point, MS |
| 20. | CLC of Whitehaven, LLC  *Operating of the Business under the name of Whitehaven Community Living Center* | Community Living Centers, LLC  Community Living Centers, LLC  Douglas M. Wright Jr. | Member  Manager  Manager | Douglas M. Wright Jr. 2844 Traceland Drive Tupelo, MS 38801  1076 Chambliss Road Memphis, TN |

7

| | Corporation/LLC | Member/Manager Name | Member/Manager | Corporate/Member Citizenship and Domicile |
|---|---|---|---|---|
| 21. | Community Living Center, LLC | National Eldercare Services, Inc. | Member | Douglas M. Wright Jr. 2844 Traceland Drive Tupelo, MS 38801 |
| | | National Eldercare Services, Inc. | Manager | |
| | | Douglas M. Wright Jr. | Manager | |
| 22. | Pascagoula Healthcare, Inc. | Douglas M. Wright Jr. | Director | Douglas M. Wright Jr. 2844 Traceland Drive Tupelo, MS 38801 |
| 23. | CLC of Bruce, LLC | Community Living Centers, LLC | Member | Douglas M. Wright Jr. 2844 Traceland Drive Tupelo, MS 38801 |
| | | Douglas M. Wright Jr. | Manager | 176 Highway 9 South Box 1280 Bruce, MS 38915 |
| 24. | National Eldercare Services, Inc. | | | 2844 Traceland Drive Tupelo, MS 38801 |

8