**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Bridge Healthcare Finance, LLC, a Delaware Limited Liability Corporation and Bridge Opportunity Finance, LLC, a Delaware Limited Liability Company,

vs.

Community Elder Care Services

Case Number: **08 C 730**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE ASHMAN**

**FILED**
**FEBRUARY 1, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bridge Healthcare Finance, LLC, a Delaware Limited Liability Corporation and Bridge Opportunity Finance, LLC, a Delaware Limited Liability Company

| | |
|---|---|
| NAME (Type or print) | Thomas R. Dee |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Thomas R. Dee |
| FIRM | Vedder Price |
| STREET ADDRESS | 222 North LaSalle Street, Suite 2600 |
| CITY/STATE/ZIP | Chicago, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6215954 |
| TELEPHONE NUMBER | (312) 609-7746 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐