**FILED**
**FEBRUARY 1, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 730**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRIDGE HEALTHCARE FINANCE, LLC, a Delaware Limited Liability Company and BRIDGE OPPORTUNITY FINANCE, LLC, a Delaware Limited Liability Company,<br><br>             Plaintiffs,<br><br>v.<br><br>COMMUNITY ELDERCARE SERVICES, LLC, a Mississippi Limited Liability Company; NATIONAL ELDERCARE SERVICES, INC., a Mississippi Corporation; CLC OF BILOXI, LLC, d/b/a BILOXI CLC, a Mississippi limited liability company, CLC of BOONEVILLE, LLC, d.b.a. LONGWOOD CLC, a Mississippi limited liability company, CLC OF DRESDEN, LLC, d/b/a HILLVIEW CLC, a Tennessee limited liability company, CLC OF FULTON, LLC, d.b.a COURTYARDS CLC, a Mississippi limited liability company, CLC OF HUMBOLDT, LLC, d/b/a BAILEY PARK CLC, a Tennessee limited liability company, CLC OF IUKA, LLC, d/b/a TISHOMINGO CLC, a Mississippi limited liability company, CLC OF JACKSON, LLC, d//b/a PLEASANT HILLS CLC, a Mississippi limited liability company, CLC OF LAKE PROVIDENCE, LLC, d/b/a LAKE PROVIDENCE SUBACTUE REHABILITATION CENTER, a Mississippi limited liability company, CLC OF LAURENL, LLC, d/b/a LAURELWOOD CLC, a Mississippi limited liability company, LCL OF LEXINGTON, LLC, d/b/a BRIARWOOD CLC, a Tennessee limited liability company, CLC OF LIBERTY, LLC, a Mississippi limited liability company, CLC OF MANCHESTER, LLC, d/b/a CRESTWOOD CLC, a Tennessee limited liability company, CLC OF MERIDIAN, LLC, d/b/a MERIDIAN CLC, a Mississippi limited liability company, | No. | **JUDGE KENNELLY**<br>**MAGISTRATE JUDGE ASHMAN** |

| | |
|---|---|
| CLC OF PASCAGOULA, d/b/a PLAZA CLC, a Mississippi limited liability company, CLC OF RIPLEY, LLC d/b/a LAUDERDALE CLC, a Tennessee limited liability company, CLC OF VAIDEN, LLC, a Mississippi limited liability company, CLC OF WEST POINT, LLC, d/b/a WEST POINT CLC, a Mississippi limited liability company, CLC OF WHITEHAVEN, LLC, d/b/a WHITEHAVEN CLC, a Tennessee limited liability company, COMMUNITY LIVING CENTERS, LLC, a Mississippi limited liability company,<br><br>                      Defendants. | |

## DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2

Plaintiffs Bridge Healthcare Finance, LLC and Bridge Opportunity Finance, LLC ("Bridge"), by their attorney, hereby discloses the following pursuant to Local Rule 3.2:

1. Bridge is a nongovernmental corporate party.

2. Bridge Opportunity Finance, LLC and Bridge Healthcare Finance, LLC are 100% wholly-owned subsidiaries of Bridge Finance Group, Inc.

3. There is no publicly held company that owns 10% or more of Bridge's stock.

Dated: February 1, 2008

Respectfully submitted,

BRIDGE HEALTHCARE FINANCE, LLC
and BRIDGE OPPORTUNITY FINANCE, LLC

By: _____/s/ Thomas R. Dee_____
      One of Their Attorneys

- 2 -

CHICAGO/#1743725.1

Thomas R. Dee, Bar No. 6215954
Jeanah Park, No. 6278193
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
T: (312) 609-7500
F: (312) 609-5005
tdee@vedderprice.com

- 3 -