# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 730 | **DATE** | 2/20/2008 |
| **CASE TITLE** | Bridge Healthcare Fin., LLC, et al. vs. Comm. Eldercare Servs., LLC, et al. | | |

**DOCKET ENTRY TEXT**

The complaint in this case purports to identify the citizenship of the defendant "LLC" entities (though the promised "Exhibit A" specifically listing the citizenship of each is missing from the judge's copy of the complaint), but it does not identify the citizenship of either plaintiff LLC. *See Mutual Assignment & Indemnification Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998). Plaintiffs are directed to file an amended complaint by 2/29/08 correcting this defect. If plaintiff fails to do so, the Court will dismiss the case for lack of subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|