IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGE HEALTHCARE FINANCE, LLC, a Delaware Limited Liability Company and BRIDGE OPPORTUNITY FINANCE, LLC, a Delaware Limited Liability Company,<br><br>                  Plaintiffs,<br><br>v.<br><br>COMMUNITY ELDERCARE SERVICES, LLC, a Mississippi Limited Liability Company; NATIONAL ELDERCARE SERVICES, INC., a Mississippi Corporation; CLC OF BILOXI, LLC, d/b/a BILOXI CLC, a Mississippi limited liability company, CLC of BOONEVILLE, LLC, d.b.a. LONGWOOD CLC, a Mississippi limited liability company, CLC OF DRESDEN, LLC, d/b/a HILLVIEW CLC, a Tennessee limited liability company, CLC OF FULTON, LLC, d.b.a COURTYARDS CLC, a Mississippi limited liability company, CLC OF HUMBOLDT, LLC, d/b/a BAILEY PARK CLC, a Tennessee limited liability company, CLC OF IUKA, LLC, d/b/a TISHOMINGO CLC, a Mississippi limited liability company, CLC OF JACKSON, LLC, d//b/a PLEASANT HILLS CLC, a Mississippi limited liability company, CLC OF LAKE PROVIDENCE, LLC, d/b/a LAKE PROVIDENCE SUBACTUE REHABILITATION CENTER, a Mississippi limited liability company, CLC OF LAURENL, LLC, d/b/a LAURELWOOD CLC, a Mississippi limited liability company, LCL OF LEXINGTON, LLC, d/b/a BRIARWOOD CLC, a Tennessee limited liability company, CLC OF LIBERTY, LLC, a Mississippi limited liability company, CLC OF MANCHESTER, LLC, d/b/a CRESTWOOD CLC, a Tennessee limited liability company, CLC OF MERIDIAN, LLC, d/b/a MERIDIAN CLC, a Mississippi limited liability company, | No. 08 CV 730<br><br>Honorable Matthew F. Kennelly |

| | |
|---|---|
| CLC OF PASCAGOULA, d/b/a PLAZA CLC, a Mississippi limited liability company, CLC OF RIPLEY, LLC d/b/a LAUDERDALE CLC, a Tennessee limited liability company, CLC OF VAIDEN, LLC, a Mississippi limited liability company, CLC OF WEST POINT, LLC, d/b/a WEST POINT CLC, a Mississippi limited liability company, CLC OF WHITEHAVEN, LLC, d/b/a WHITEHAVEN CLC, a Tennessee limited liability company, COMMUNITY LIVING CENTERS, LLC, a Mississippi limited liability company,<br><br>                    Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs Bridge Healthcare Finance, LLC and Bridge Opportunity Finance, LLC ("Bridge"), voluntarily dismiss the above-captioned matter, without prejudice.

1. Bridge commenced this action on February 1, 2008 with the filing of a Complaint for Declaratory Judgment("Complaint").

2. Defendants Community Eldercare Services, LLC; National Eldercare Service, Inc., et al. (collectively, "Defendants"), have not yet been served with process in this action, nor have they appeared.

WHEREFORE, Bridge prays for entry of an Order of dismissal, without prejudice, with each party to bear its own costs, and for such other relief as the Court deems just and appropriate.

Respectfully submitted this 26th day of February, 2008.

                            By:   s/ Thomas R. Dee
                                  *Attorney for Plaintiffs Bridge Healthcare Finance,*
                                  *LLC and Bridge Opportunity Finance, LLC*

- 3 -

Thomas R. Dee, No. 6215954
Jeanah Park, No. 6278193
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
T: (312) 609-7500
F: (312) 609-5005
tdee@vedderprice.com

        Respectfully submitted,

        By:  s/ Thomas R. Dee
                One of His Attorneys

Jeanah Park, Bar No. 06278193
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Dated: February 26, 2008